U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| GMAC REAL ESTATE, LLC, Plaintiff<br>v.<br>GARROW REAL ESTATE, LLC, k/n/a<br>SUMMERLAND REALTY, LLC, Defendant. | FILED: MAY 30, 2008<br>08CV3141 DAJ<br>JUDGE LEINENWEBER<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GMAC Real Estate, LLC, Plaintiff

| NAME (Type or print) |
|---|
| Eric R. Lifvendahl |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Eric R. Lifvendahl |
| FIRM |
| Williams Montgomery & John Ltd. |
| STREET ADDRESS |
| 20 North Wacker Drive, Suite 2100 |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6211539 | 312-443-3230 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐