IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GMAC REAL ESTATE, LLC, | ) |
|       Plaintiff, | ) ) ) |
| vs. | )   No. 08 CV 3141 ) |
| GARROW REAL ESTATE, LLC, n/k/a SUMMERLAND REALTY, LLC, | )   Judge Leinenweber )   Magistrate Judge Nolan ) |
|       Defendants. | ) |

**NOTICE OF MOTION**

TO:   Mr. Robert Garrow
        Garrow Real Estate n/k/a
        Summerland Realty
        8210 S. Saginaw, Suite 2
        Grand Blanc, MI 48439

      PLEASE TAKE NOTICE that on Tuesday, the 12th day of August, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before The Honorable Harry D. Leinenweber or any Judge sitting in his stead in Courtroom 1941 in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and present the Plaintiff's previously filed **Motion for Confirmation of Arbitration Award and Judgment**, a copy of which is attached hereto.

                                    Respectfully submitted,

                                    GMAC Real Estate, LLC, Plaintiff

                                By:   /s/ Eric R. Lifvendahl
                                           One of its Attorneys

Eric R. Lifvendahl
Williams Montgomery & John Ltd.
20 North Wacker Drive
Suite 2100
Chicago, IL 60606
(312) 442-3200

## CERTIFICATE OF SERVICE

    I hereby certify that on August 6, 2008, I electronically filed the foregoing **Notice of Motion** regarding the previously filed **Motion for Confirmation of Arbitration Award and Judgment** with the Clerk of the Court using the CM/ECF system. I also hereby certify that I served the foregoing document via e-mail and overnight delivery to the following non CM/ECF participant:

    Mr. Robert Garrow
    (rgarrow@garrowrealestate.com)
    Garrow Real Estate n/k/a
    Summerland Realty
    8210 S. Saginaw, Suite 2
    Grand Blanc, MI 48439

                                                              /s/ Eric R. Lifvendahl

Document #: 782386

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GMAC REAL ESTATE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 CV 3141 |
| ) | |
| GARROW REAL ESTATE, LLC, n/k/a ) | Judge Leinenweber |
| SUMMERLAND REALTY, LLC, ) | Magistrate Judge Nolan |
| ) | |
| Defendants. ) | |

**PROPOSED**
**ORDER CONFIRMING ARBITRATION AWARD AND JUDGMENT**

This matter coming to be heard on Plaintiff, GMAC Real Estate, LLC's ("GMAC") Motion for Confirmation of Arbitration Award and Judgment, all parties having received notice and the Court being fully advised,

IS IT HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

1.  The Award of Arbitrator entered on May 27, 2008 by arbitrator David Kabat, Esq., in American Arbitration Association Case No. 51 115 Y01566 07 is confirmed pursuant to the Federal Arbitration Act.
2.  Judgment is entered against Defendant Garrow Real Estate, LLC k/n/a Summerland, LLC and in favor of Plaintiff GMAC Real Estate, LLC in the amount of $2,418,731.75.

ENTERED:


By:_____
JUDGE

**Order Prepared By:**
Eric R. Lifvendahl
Williams Montgomery & John Ltd.
20 North Wacker Drive
Suite 2100
Chicago, IL 60606
(312) 442-3200
Document #: 776001