IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GMAC REAL ESTATE, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) No. 08 CV 3141 |
| GARROW REAL ESTATE, LLC, n/k/a SUMMERLAND REALTY, LLC, | ) Judge Leinenweber<br>) Magistrate Judge Nolan |
| Defendants. | ) |

**PROPOSED**
**ORDER CONFIRMING ARBITRATION AWARD AND JUDGMENT**

This matter coming to be heard on Plaintiff, GMAC Real Estate, LLC's ("GMAC") Motion for Confirmation of Arbitration Award and Judgment, all parties having received notice and the Court being fully advised,

IS IT HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

1. The Award of Arbitrator entered on May 27, 2008 by arbitrator David Kabat, Esq., in American Arbitration Association Case No. 51 115 Y01566 07 is confirmed pursuant to the Federal Arbitration Act.

2. Judgment is entered against Defendant Garrow Real Estate, LLC k/n/a Summerland, LLC and in favor of Plaintiff GMAC Real Estate, LLC in the amount of $2,418,731.75.

ENTERED:

8/19/08

By: _____
JUDGE
HARRY D. LEINENWEBER

**Order Prepared By:**
Eric R. Lifvendahl
Williams Montgomery & John Ltd.
20 North Wacker Drive
Suite 2100
Chicago, IL 60606
(312) 442-3200
Document #: 776001